# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2017

156326

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* SNOW/WILLIAMS/ROBINSON,
Minors.

SC: 156326
COA: 335536
Wayne CC Family Division:
　10-496549-NA

_____/

On order of the Court, the application for leave to appeal the July 25, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2017



Clerk

p0919